**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **NELSON L. BRUCE,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIDLAND CREDIT MANAGEMENT, INC.; UNKOWN DOES 1-50, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:26-cv004786-BHH-MGB** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Robert Frank Springfield** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; ☐does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

______________________________________________

______________________________________________

☒ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Burr & Forman LLP | Richard C. Keller |
| Firm Name | Name of Local Counsel |

420 North 20th Street, Suite 3400
Street Address or Post Office Box

Birmingham, AL 35203
City, State, Zip code

(205) 251-3000
Telephone Number

rkeller@burr.com
E-Mail Address

*/s/Richard C. Keller*
Signature of Local Counsel

Local Counsel for Midland Credit Management, Inc.

District of South Carolina
Federal Bar Number 74094

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **NELSON L. BRUCE,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **MIDLAND CREDIT MANAGEMENT, INC.; UNKOWN DOES 1-50, et al.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 2:26-cv004786-BHH-MGB** <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this 21st day of October, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, and that a true and correct copy of the same will be served via United States First Class Mail, postage prepaid, and addressed as follows:

Nelson L. Bruce
P.O. Box 3346
Summerville, SC 29484
leonbruce81@yahoo.com

*/s/ Richard C. Keller*
OF COUNSEL